UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CHARLES KNAPP,

      Plaintiff,

vs.

STATE OF NEVADA ex rel.
DEPARTMENT FO CORRECTIONS, et al.,

      Defendants.
_____/

CASE NO. 3:08-CV-00686-LRH-RAM

STIPULATION AND ORDER ENLARGING
THE TIME IN WHICH PLAINTIFF HAS TO
OPPOSE DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT
(FIRST REQUEST)

The parties through their undersigned counsel hereby stipulate and agree that the time in which Plaintiff shall have to oppose the Motion for Summary Judgment may and should be enlarged for a period of thirty (30) days from its current due date of August 17, 2009 to and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Jeffrey A. Dickerson, Esq.
9655 Gateway Dr., Suite B
Reno, NV 89521
(775) 786-6664

JAD/sh/knapp/enlrg-time-stip-msjopp

1

1  including September 17, 2009.  Good cause exists in that Mr. Dickerson was on a family

2  vacation from July 16, 2009 to and including August 3, 2009, when the motion was filed, and

3  has been busy catching up on this and other matters and thus requires the additional time.

**APPROVED AS TO FORM AND CONTENT**

5  DATED August 7, 2009                                DATED  8/7/09

6  LAW OFFICE OF                                       CATHERINE MASTO CORTEZ
   JEFFREY A. DICKERSON                                ATTORNEY GENERAL
7
   /S/ JEFFREY A. DICKERSON
8  JEFFREY A. DICKERSON                                ROBERT LINDER
   Counsel for Plaintiff                               Counsel for Defendants

10                                            ORDER

12        IT IS SO ORDERED this  10th day of August, 2009.

                                       _____
                                       LARRY R. HICKS
                                       UNITED STATES DISTRICT JUDGE

Jeffrey A. Dickerson, Esq.
9655 Gateway Dr., Suite B
Reno, NV 89521
(775) 786-6664